# EXHIBIT 8

MOEHRLE                                              PATENT APPLICATION

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

To:    Mail Stop **Non-Fee Amendment**
From:  Jonathan Feuchtwang

| | |
|---|---|
| In Re U.S. Patent Application ) | |
| ) | Pages including this cover sheet: 10 |
| Applicant:    Armin Moehrle ) | |
| ) | |
| Serial No.    10/164,520 ) | |
| ) | |
| Filed:        June 6, 2002 ) | |
| ) | |
| For:          ACTIVE PATH MENU ) | |
|               NAVIGATION SYSTEM ) | |
| ) | |
| Art Unit:     2173 ) | |
| ) | |
| Examiner:     Namitha Pillai ) | |

Certificate of Facsimile Transmission
*I hereby certify that the below listed documents are being sent via facsimile to Commissioner for Patents, Post Office Box 1450, Alexandria, VA 22313-1450 at (571) 273-8300 on July 11, 2006.*

July 11, 2006
Date
              Registration No. 41,017
              Jonathan Feuchtwang

Enclosures
(1) Transmittal;
(2) Amendment D; and
(3) Certificate of Facsimile Transmission.


Jonathan Feuchtwang, Esq.
July 11, 2006
Customer No.       33525



1

RECEIVED
CENTRAL FAX CENTER

JUL 1 1 2006

PTO/SB/21 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FORM

(to be used for all correspondence after initial filing)

| Application Number | 10/164,520 |
|---|---|
| Filing Date | June 6, 2002 |
| First Named Inventor | Armin Moehrle |
| Art Unit | 2173 |
| Examiner Name | PILLAI |
| Attorney Docket Number | Moehrle-1 |

Total Number of Pages in This Submission: 10

## ENCLOSURES (Check all that apply)

- [ ] Fee Transmittal Form
  - [ ] Fee Attached
- [x] Amendment/Reply
  - [ ] After Final
  - [ ] Affidavits/declaration(s)
- [ ] Extension of Time Request
- [ ] Express Abandonment Request
- [ ] Information Disclosure Statement
- [ ] Certified Copy of Priority Document(s)
- [ ] Reply to Missing Parts/ Incomplete Application
  - [ ] Reply to Missing Parts under 37 CFR 1.52 or 1.53

- [ ] Drawing(s)
- [ ] Licensing-related Papers
- [ ] Petition
- [ ] Petition to Convert to a Provisional Application
- [ ] Power of Attorney, Revocation Change of Correspondence Address
- [ ] Terminal Disclaimer
- [ ] Request for Refund
- [ ] CD, Number of CD(s) ___
  - [ ] Landscape Table on CD

Remarks:

- [ ] After Allowance Communication to TC
- [ ] Appeal Communication to Board of Appeals and Interferences
- [ ] Appeal Communication to TC (Appeal Notice, Brief, Reply Brief)
- [ ] Proprietary Information
- [ ] Status Letter
- [ ] Other Enclosure(s) (please identify below).

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm Name | |
| Signature | /Jonathan Feuchtwang/ |
| Printed name | JONATHAN FEUCHTWANG |
| Date | July 11, 2006 | Reg. No. | 41,017 |

## CERTIFICATE OF TRANSMISSION/MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below:

| Signature | /Jonathan Feuchtwang/ | | |
| Typed or printed name | JONATHAN FEUCHTWANG | Date | July 11, 2006 |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

RECEIVED
CENTRAL FAX CENTER

JUL 11 2006

BEST AVAILABLE COPY

MOEHRLE                                                              PATENT APPLICATION

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In Re U.S. Patent Application | )  |
| --- | --- |
| Applicant: Armin Moehrle | ) |
| Serial No. 10/164,520 | ) |
| Filed: June 6, 2002 | ) |
| For: ACTIVE PATH MENU NAVIGATION SYSTEM | ) |
| Art Unit: 2173 | ) |
| Examiner: Namitha Pillai | ) |

*I hereby certify that this paper is being transmitted via facsimile (571) 273-8300 to Mail Stop After Final Amendment, Commissioner for Patents, Post Office Box 1450, Alexandria, VA 22313-1450 on this date.*

11 July 2006
Date

Registration No. 41,017
Attorney for Applicant

### AMENDMENT D

Mail Stop After Final Amendment
Commissioner for Patents
Post Office Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the office action mailed May 3, 2006, please amend the Application as follows:

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks/Arguments** begin on page 5 of this paper.

07/11/2006 09:51   3123722906            ZIMMER TECHNOLOGY                    PAGE 04/10

| Applicant: | Armin Moehrle | Filed | June 6, 2002 |
|---|---|---|---|
| Serial No. | 10/164,520 | | |

In the Claims:

Please amend the claims as shown:

1. (Currently Amended)   A method for navigating within a multi-level hierarchical collapsing menu structure where each level in the menu contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, said method comprising the steps of:

providing a graphical user menu system displaying the items of a given level and enabling selection thereof, wherein access of said given level requires sequential access of each of the levels preceding said given level in the hierarchy; and

automatically constructing an Active Path as a sequence of hierarchical active links as items are selected using the graphical user menu system without the need for any additional interaction with the graphical user system, with one said active link corresponding to each of the items selected, each said active link being independently selectable thereby providing direct access to the hierarchical level from which the corresponding item was selected without the need to navigate using said graphical user menu system; and

displaying the Active Path as an alternative to the graphical user menu system for navigating the multi-level hierarchical collapsing menu structure after the user has finished selecting items using the graphical user system such that the Active Path is displayed after the

2

07/11/2006  09:51    3123722906                ZIMMER TECHNOLOGY                         PAGE  05/10

Applicant:    Armin Moehrle                                    Filed        June 6, 2002
Serial No.    10/164,520

multi-level hierarchical collapsing menu structure has collapsed-;

   wherein pre-selecting a given active link triggers the display of sibling menu items on the level associated with said given active link without disturbing the displayed Active Path.

2. (Previously Presented)   The method for navigating according to claim 1, further comprising:

   providing pre-defined short-cuts enabling direct access to a given menu item; and

   automatically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the menu items necessary to access said given menu item using said graphical user menu system.

3. (Canceled)

4. (Original)  The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link.

3

Applicant:   Armin Moehrle                                  Filed        June 6, 2002
Serial No.   10/164,520

5. (Original) The method for navigating according to claim 1, wherein selecting a given active link triggers display of information associated with said given active link.

6. (Original) The method according to claim 1, wherein a user-defined short-cut is defined on-the-fly by storing a short-cut identifier and an associated plurality of active links in a look-up table.

7. (Currently Amended)    The method for navigating according to claim ~~3~~1, wherein pre-selecting a given ~~active~~ menu item <u>displayed while pre-selecting</u> the given <u>active link</u> triggers the display of subordinate menu items.

4

**RECEIVED**
**CENTRAL FAX CENTER**

**JUL 1 1 2006**

Applicant: Armin Moehrle
Serial No. 10/164,520

Filed  June 6, 2002

## REMARKS

Applicant has amended claim 1 to incorporate the features of claim 3, now canceled without prejudice. Claim 7 has been amended to depend from Claim 1 and to clarify features of the invention. Claims 1, 2, and 4-7 are now pending in the application.

Applicant appreciates the Examiner's acknowledgement that Claim 2 contains allowable subject matter.

Claims 1 and 3-7 stand rejected under 35 U.S.C. 103(a) as being unpatentable over Guerrero (U.S. Patent No. 6,236,400). Applicant has amended Claim 1 to include the features of Claim 3, now canceled without prejudice, and respectfully traverses the rejection as follows.

Amended claim 1 recites a feature where pre-selecting ("browsing") a given Active Link in the Active Path triggers the display of items on the level associated with the given Active Link without disturbing the displayed Active Path. It should be appreciated that the action of pre-selecting an Active Link is distinguished from the action of selecting an Active Link. Selecting an Active Link has two immediate effects: 1) it causes the graphical user menu system to directly jump to and display the hierarchical level associated with the selected Active Link; and 2) it truncates the Active Path by removing all Active Links subsequent to the selected Active Link.

5

07/11/2006  09:51    3123722906                    ZIMMER TECHNOLOGY                          PAGE  08/10

Applicant:   Armin Moehrle                                            Filed       June 6, 2002
Serial No.   10/164,520

    Guerrero fails to disclose or suggest the feature of pre-selecting or browsing an Active Link. Guerrero teaches a path list 504 (FIG. 5) and a choices list 506. The path list 504 displays the navigation path selected by the user. Entries in choices list 506 (e.g., entries 510A-510F) display the available selections to the user at a given level in the hierarchy. Path list 504 initially displays the root level of the file system hierarchy and choices list 506 displays the root level's children. To navigate through the hierarchy, the user selects an entry (e.g., entry 610F) in choices list 506, the selection is added to path list 504. If the selection has children, choices list 506 is updated to display the selection's children. If the selection is a leaf node, choices list 506 is removed and path list 504 is displayed in the vertical browser. By making a selection in path list 504, the user can traverse up the hierarchy to the level of the selection made in path list 504. The selection entries below the selected entry in path list 604 are removed from path list 604.

    The office action asserts that Guerrero discloses the aforementioned features of Claim 3 which have been incorporated into Claim 1. The office action cites Guerrero col. 8, lines 7-11 in support of this assertion. The cited portion of Guerrero is as follows:

> Further, in one or more embodiments of the invention, the user can return to any level of the hierarchy by <u>**selecting**</u> an entry in path list 504 with the pointer device's cursor. When an entry in path list 504 is selected, the <u>entries positioned below the selected entry in path list 504 are removed. Choices list 506 is reset to the choices available at that navigational point.</u> Guerrero col. 8, lines 7-11 (emphasis added by Applicant).

6

PAGE 8/10 * RCVD AT 7/11/2006 10:52:02 AM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/40 * DNIS:2738300 * CSID:3123722906 * DURATION (mm-ss):02-38

Applicant:   Armin Moehrle                                    Filed      June 6, 2002
Serial No.   10/164,520

The above-cited portion is inapposite because fails to disclose or suggest browsing an entry in the path list. Instead, the cited portion teaches selecting an entry in the path list which 1) causes the entries positioned below the selected entry in path list 504 to be removed, and updates the Choices list to the choices available at that navigational point. Accordingly, Guerrero's teachings are silent with respect to the feature of the claimed invention regarding pre-selecting or browsing an Active Link.

In support of the rejection of Claim 7, the office action cites Guerrero col. 7, lines 11-14. The cited portion of Guerrero is as follows:

> In one embodiment of the invention, path list 504 initially displays the root level of the file system hierarchy and choices list 506 displays the root level's children. As a choice is selected from choices list 506, it is added to path list 504 and the children of the choice are displayed in choices list 506. FIGS. 6A-6D provide examples of a vertical browser according to an embodiment of the invention. Guerrero col. 7, lines 11-14.

The above-cited portion is inapposite because it fails to disclose or suggest the feature of claim 7 wherein pre-selecting a given menu item displayed while pre-selecting the given active link triggers the display of subordinate menu items. Instead, the cited portion teaches selecting an entry in the path list which 1) causes the entries positioned below the selected entry in path list 504 to be removed, and updates the Choices list to the choices available at that navigational point. Accordingly, Guerrero's teachings are silent with respect to the feature of the claimed invention regarding pre-selecting or browsing an Active Link (Claim

7

| Applicant: | Armin Moehrle | Filed | June 6, 2002 |
|---|---|---|---|
| Serial No. | 10/164,520 | | |

1) let alone pre-selecting one of the menu items displayed while pre-selecting the Active Link (Claim 7). For all of the above reasons, Applicant respectfully requests that the Examiner reconsider and withdraw the rejection of Claims 1 and 3-7.

It is believed that the above Remarks represent a complete response to the Office Action and that the Application is now in condition for allowance, and such favorable determination is requested.

If any questions regarding this Application should arise, the Examiner is encouraged to contact the undersigned.

Respectfully submitted,

By  /s/ Jonathan D. Feuchtwang

Jonathan D. Feuchtwang, Esq.
Registration No. 41,017

July 11, 2006
Customer No. 33525

8