# EXHIBIT 9

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| U.S. Patent No. 7,216,301 Claims | Infringement by the Microchip '301 Accused Instrumentalities |
|---|---|
| **1.** A method for navigating within a multi-level hierarchical information structure where each level in the information structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, said method comprising the steps of: | The '301 Accused Instrumentalities ("Accused Instrumentalities") include:<br><br>(i) web pages and content, including user interfaces such as a hierarchical information structure, to be interactively presented in browsers, including, without limitation, the web pages and content accessible via https://www.microchip.com/ and maintained on servers located in and/or accessible from the United States under the control of Defendant that allow navigating a multi-level hierarchical information structure, where each level in the information structure contains plural items, each item being at least one of a function, a pointer to a location, and a pointer to another level;<br><br>(ii) software, including, without limitation, software that allows web pages and content to be interactively presented in and/or served to browsers to facilitate navigating within a multi-level hierarchical information structure, where each level in the information structure contains plural items, each item being at least one of a function, a pointer to a location, and a pointer to another level; and<br><br>(iii) computer equipment, including, without limitation, computer equipment that stores, serves, hosts, supports, and/or runs any of the foregoing or that allows navigating within a multi-level hierarchical information structure, where each level in the information structure contains plural items, each item being at least one of a function, a pointer to a location, and a pointer to another level, and any products, devices, systems, and/or components of systems with the same or substantially the same technical features and/or functionalities.<br><br>**Direct Infringement**<br>Microchip has directly infringed claims 1-5 and 9 of the '301 patent under 35 U.S.C. § 271(a) each time that it makes, uses, tests, and/or hosts in the United States the Accused Instrumentalities, or products, devices, systems, and/or components of systems, that practice the claimed methods described hereinbelow. Microchip also directly infringes each of the Asserted Claims under 35 U.S.C. § 271(a) each time that it imports the Accused Instrumentalities into the United States. |

Plaintiffs' Preliminary Infringement Contentions<br>
Civil Action No.: 6:20-cv-245<br>
Claim Chart re: U.S. Patent No. 7,216,301

|  | **Indirect Infringement**<br>Microchip has induced and continues to induce infringement by others of claims 1-5 and 9 of the '301 patent under 35 U.S.C. § 271(b) by (a) providing the Accused Instrumentalities to third parties and intending them to use the Accused Instrumentalities; (b) advertising these Accused Instrumentalities through Microchip's own and through third party websites; (c) encouraging customers and other third parties to communicate directly with Microchip about the Accused Instrumentalities for purposes of technical assistance and repair as well as sales and marketing; (d) providing instructions as to how to use the Accused Instrumentalities in an infringing manner.<br><br>Microchip has contributed to and continues to contribute to infringement by others of claims 1-5 and 9 of the '301 patent under 35 U.S.C. § 271(c) by providing the Accused Instrumentalities, including web pages and content, user interfaces (e.g., hierarchical collapsing menu structure, hierarchical information structure, information structure, and/or hierarchical menu structure), software, and/or computer equipment as identified above, in the United States without authority, Microchip contributes to the direct infringement of third-parties including end users of the Accused Instrumentalities.<br><br>To the extent that the preamble of Claim 1 is a limitation, the '301 Accused Instrumentalities provide, or support the provision of, a method as described below.<br><br>The '301 Accused Instrumentalities provide a method for navigating within a multi-level hierarchical information structure where each level in the information structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level (*e.g.*, the '301 Accused Instrumentalities provide a method for navigating within a multi-level hierarchical collapsing menu structure where each level in the information structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level (*e.g.*, "Products" includes "Amplifiers and Linear," which includes "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors")) as shown below: |
|---|---|

| | |
|---|---|
| | *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| providing a graphical user menu system displaying the items of a given level of the hierarchical information structure and enabling selection thereof; and | The '301 Accused Instrumentalities provide a graphical user menu system displaying the items of a given level of the hierarchical information structure and enabling selection thereof.<br><br>For example, the '301 Accused Instrumentalities provide a graphical user menu system displaying the items of a given level of the hierarchical information structure and enabling selection thereof (*e.g.*, "Products" displays and enables selection of items of a given level, such as "Amplifiers and Linear" and items within that same level). |

|  | |
|---|---|
|  | *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| dynamically constructing an Active Path as a sequence of active links as items are selected using the graphical user menu system, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and menu item without the need to navigate using said graphical user menu system; | The '301 Accused Instrumentalities dynamically construct an Active Path as a sequence of active links as items are selected using the graphical user menu system, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and menu item without the need to navigate using said graphical user menu system.<br><br>For example, the '301 Accused Instrumentalities dynamically construct an Active Path as a sequence of active links as items are selected (*e.g.*, the '301 Accused Instrumentalities dynamically construct an active path (*e.g.*, "Amplifiers and Linear—Comparators") as a sequence of active links as items are selected (*e.g.*, as "Amplifiers and Linear" and "Comparators" are selected)), with one said active link corresponding to each of the items selected.  Said active links provide direct access to one of a function, corresponding level and menu item without the need to navigate using said graphical user menu system (*e.g.*, the '301 Accused Instrumentalities' active path "Amplifiers and Linear—Comparators" corresponds to each of the items sequentially selected, including "Amplifiers and Linear" and "Comparators").<br><br> |

| | |
|---|---|
| | *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| each said active link enabling the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path. | Each active link of the '301 Accused Instrumentalities enables the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path.<br><br>For example, each active link in the '301 Accused Instrumentalities enables the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path (*e.g.*, the '301 Accused Instrumentalities enable the user to directly browse all items under "Amplifiers and Linear" such as "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors" without affecting the active path "Amplifiers and Linear—Comparators") as shown below: |

| | |
|---|---|
| | <br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| **2.** The method for navigating according to claim 1, further comprising: providing pre-defined short-cuts | The '301 Accused Instrumentalities provide pre-defined short-cuts enabling direct access to a given item.<br><br>For example, the '301 Accused Instrumentalities provide pre-defined short-cuts enabling direct access to a given item (*e.g.*, the '301 Accused Instrumentalities provide pre-defined shortcuts, such as "Amplifiers and Linear" or "Comparators" in the collapsing menu, enabling direct access to a given menu item). |

Case 6:20-cv-00245-ADA   Document 48-7   Filed 11/09/21   Page 8 of 16

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| enabling direct access to a given item; and | ![Microchip navigation: Products, Applications, Design Support, Order Now, About / Home / Amplifiers and Linear / Comparators]<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| dynamically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the items necessary to access said given item using said graphical user menu system. | The '301 Accused Instrumentalities dynamically construct the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the items necessary to access said given item using said graphical user menu system.<br><br>For example, the '301 Accused Instrumentalities dynamically construct the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the items necessary to access said given item using said graphical user menu system (*e.g.*, the Active Path is dynamically constructed when "Amplifiers and Linear" is executed, with the active link "Amplifiers and Linear" corresponding to the menu item "Amplifiers and Linear" necessary to access the menu item using Defendant's graphical user menu system).<br><br>![Microchip navigation: Products, Applications, Design Support, Order Now, About / Home / Amplifiers and Linear / Comparators]<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |

Case 6:20-cv-00245-ADA   Document 48-7   Filed 11/09/21   Page 9 of 16

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| **3.** The method for navigating according to claim 1, wherein rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels associated with said selected active link. | The '301 Accused Instrumentalities roll over a selected active link to trigger the display of sibling items on the hierarchically subordinate levels associated with said selected active link.<br><br>For example, for the '301 Accused Instrumentalities, rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels associated with said selected active link (*e.g.*, the '301 Accused Instrumentalities allow rolling over the link "Amplifiers and Linear" to trigger the display of sibling items on the hierarchically subordinate levels associated with the selected active link "Amplifiers and Linear" such as "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors") as shown below:<br><br><br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |

| | |
|---|---|
| **4.** The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link. | The '301 Accused Instrumentalities select a given active link to trigger the execution of a function associated with said given active link.<br><br>For example, the '301 Accused Instrumentalities allow selecting a given active link to trigger the execution of a function associated with said given active link (*e.g.*, selecting a given active link such as "Amplifiers and Linear" triggers the execution of a function, such as displaying sibling menus (*e.g.*, "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors") or directing user to certain content) as shown below:<br><br><br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| **5.** The method for navigating according to | The '301 Accused Instrumentalities select a given active link to trigger display of information associated with said given active link. |

Case 6:20-cv-00245-ADA  Document 48-7  Filed 11/09/21  Page 11 of 16

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| claim 1, wherein selecting a given active link triggers display of information associated with said given active link. | For example, the '301 Accused Instrumentalities allow selecting a given active link to trigger the display of information associated with said given active link (*e.g.*, the '301 Accused Instrumentalities allow selecting the link "Amplifiers and Linear" to trigger display of information (*e.g.*, displaying "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors") associated with the link "Amplifiers and Linear") as shown below:  *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| **9.** A method for navigating within a | To the extent that the preamble of claim 9 is a limitation, the '301 Accused Instrumentalities provide, or support the provision of, a method for navigating within a multi-level hierarchical information structure where |

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| multi-level hierarchical information structure where each level in the structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, said method comprising the steps of: | each level in the structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level.<br><br>For example, the '301 Accused Instrumentalities provide a method for navigating within a multi-level hierarchical information structure where each level in the structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level (*e.g.*, the '301 Accused Instrumentalities provide a method for navigating within a multi-level hierarchical collapsing menu structure where each level in the information structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level (*e.g.*, "Products" includes "Amplifiers and Linear," which includes "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors")) as shown below:<br><br> |

Case 6:20-cv-00245-ADA   Document 48-7   Filed 11/09/21   Page 13 of 16

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| | *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| displaying a graphic element representing a root of the hierarchical information structure; | The '301 Accused Instrumentalities display a graphic element representing a root of the hierarchical information structure.<br><br>For example, the '301 Accused Instrumentalities provide displaying a graphic element representing a root of the hierarchical information structure (*e.g.*, the '301 Accused Instrumentalities display a number of graphic elements each representing a root of the hierarchical information structure) as shown below:<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020) (annotated). |
| browsing the hierarchical information structure by rolling over said graphic element using a pointing device, wherein browsing results in the display of | The '301 Accused Instrumentalities browse the hierarchical information structure by rolling over said graphic element using a pointing device, wherein browsing results in the display of sibling items or hierarchically subordinate items.<br><br>For example, the '301 Accused Instrumentalities allow browsing the hierarchical information structure by rolling over said graphic element using a pointing device (*e.g.*, by rolling over a mouse over the "Applications and Linear" or the "down arrow"), wherein browsing results in the display of sibling items or hierarchically subordinate items (*e.g.*, browsing results in the display of items such as "Operational Amplifiers," |

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| sibling items or hierarchically subordinate items; | "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "PGAs," and "DC Power Current Monitors") as shown below:<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| selecting one of the displayed items; | The '301 Accused Instrumentalities selects one of the displayed items.<br><br>For example, the '301 Accused Instrumentalities allow selecting one of the displayed items (*e.g.*, selecting "Amplifiers and Linear"). |

13

Case 6:20-cv-00245-ADA   Document 48-7   Filed 11/09/21   Page 15 of 16

Plaintiffs' Preliminary Infringement Contentions
Civil Action No.: 6:20-cv-245
Claim Chart re: U.S. Patent No. 7,216,301

| | |
|---|---|
| | *See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| dynamically constructing an Active Path as a sequence of active links as items are selected, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and item without the need to navigate from the root of the hierarchical information structure; | The '301 Accused Instrumentalities dynamically construct an Active Path as a sequence of active links as items are selected, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and item without the need to navigate from the root of the hierarchical information structure.<br><br>For example, the '301 Accused Instrumentalities dynamically construct an Active Path (*e.g.*, the '301 Accused Instrumentalities dynamically construct an active path (*e.g.*, "Amplifiers and Linear—Comparators") as a sequence of active links as items are selected (*e.g.*, as "Amplifiers and Linear" and "Comparators" are selected)), with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and item without the need to navigate from the root of the hierarchical information structure (*e.g.*, the '301 Accused Instrumentalities' active path "Amplifiers and Linear—Comparators" corresponds to each of the items sequentially selected, including "Amplifiers and Linear" and "Comparators").<br><br>![Microchip navigation breadcrumb showing Home / Amplifiers and Linear / Comparators]<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |
| each said active link enabling the user to directly browse all items on any given | Each said active link in the '301 Accused Instrumentalities enables user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path. |

| | |
|---|---|
| level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path. | For example, each active link in the '301 Accused Instrumentalities enables the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path (*e.g.*, the '301 Accused Instrumentalities enable the user to directly browse all items under "Amplifiers and Linear" such as "Operational Amplifiers," "Instrumentation Amplifiers," "Current Sense Amplifiers," "Comparators," "Programmable Gain Amplifiers," and "DC Power Current Monitors" without affecting the active path "Amplifiers and Linear—Comparators") as shown below:<br><br>*See, e.g.*, https://www.microchip.com/design-centers/amplifiers-linear/comparators (last visited Feb. 10, 2020). |