IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CADDO SYSTEMS, INC. AND 511 TECHNOLOGIES, INC., | § § § | |
| Plaintiffs, | § § | C.A. No. 6:20-cv-245-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| MICROCHIP TECHNOLOGY INCORPORATED, | § § § | |
| Defendant. | § § | |

**ORDER GRANTING MICROCHIP'S MOTION TO STRIKE PORTIONS
OF PLAINTIFFS' FINAL INFRINGEMENT CONTENTIONS**

Before the Court is Defendant Microchip Technology, Inc.'s ("Microchip") Motion to Strike Portions of Plaintiffs' Final Infringement Contentions. Having fully considered the Motion, the Opposition, and the submissions related thereto, and the arguments of counsel, the Court hereby GRANTS Microchip's motion to strike.

The highlighted portions of Exhibits 12 and 13 to Microchip's motion are hereby stricken from Plaintiffs' Final Infringement Contentions. This order does not affect the status of portions of Plaintiffs' Final Infringement Contentions that Plaintiffs have separately voluntarily withdrawn.

IT IS SO ORDERED.

SIGNED this _____ day of _____ 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE