# EXHIBIT 9

**In the Matter Of:**

*CADDO SYSTEMS vs*

*MICROCHIP TECHNOLOGY*

*LUKE WROBLEWSKI*

*October 13, 2021*



    1

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                           WACO DIVISION

 3    CADDO SYSTEMS, INC., and      )
      511 TECHNOLOGIES, INC.        )
 4                                  )  Case No.
                       Plaintiffs,  )  6:20-cv-245-ADA
 5         vs.                      )
                                    )
 6    MICROCHIP TECHNOLOGY,         )
      INCORPORATED,                 )
 7                                  )
                       Defendant.   )
 8    ------------------------------X
      CADDO SYSTEMS, INC., and      )
 9    511 TECHNOLOGIES, INC.        )
                                    )  Case No.
10                     Plaintiffs,  )  6:20-cv-244-ADA
           vs.                      )
11                                  )
      NXP SEMICONDUCTORS N.V., et   )
12    al.,                          )
                       Defendants.  )
13    ------------------------------X

14

15            VIDEOTAPED ORAL DEPOSITION OF

16                   LUKE WROBLEWSKI

17

18                  Conducted Remotely

19              Wednesday, October 13, 2021

20                   9:05 a.m. (PST)

21

22

23

24    Stenographically remotely reported by:
      Mayleen Ahmed, RMR, CRR, CRC, CSR/CCR
25    Job No.: 814276
```

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 4 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

2

1        Remote Appearances Via Lexitas LegalView

2   Attorneys for Plaintiffs:

3           DEVLIN LAW FIRM LLC
            BY: VERONICA M. (SCHAD) McCARTY, ESQ.
4               ALEX CHAN, ESQ.
            1526 Gilpin Avenue
5           Wilmington, Delaware 19806
            302.449.9010
6           Email:  vschad@devlinlawfirm.com
                    achan@devlinlawfirm.com
7

8
    Attorneys for Defendant
9   Microchip Technology, Inc.:

10          ORRICK, HERRINGTON & SUTCLIFFE LLP
            BY: LILLIAN J. MAO, ESQ.
11              TRAVIS JENSEN, ESQ.
            1000 Marsh Road
12          Menlo Park, California 94025
            650.614.7400
13          lmao@orrick.om
            tjensen@orrick.com
14

15
    Attorneys for Defendant NXP USA:
16
            SHELTON COBURN LLP
17          BY: BARRY K. SHELTON, ESQ.
                BRADLEY COBURN, ESQ.
18          311 Ranch Road 620 S - Suite 205
            Austin, Texas 78734-4775
19          512.263.2165
            bshelton@sheltoncoburn.com
20          bcoburn@sheltoncoburn.com

21

22  Also Present:

23  CHRISTOPHER MIERZEJEWSKI, Sr. Corporate Counsel
    Microchip Technology, Inc.
24
    ADRIAN BELTRAN, Videographer/Doc Tech, Lexitas
25                    ---o0o---

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 5 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

3

# I N D E X

APPEARANCES .................................    2
CHANGES AND SIGNATURE .......................  236
REPORTER'S CERTIFICATION ....................  237


WITNESS:   LUKE WROBLEWSKI
                                              PAGE
EXAMINATION

BY MS. MAO ..................................    7
BY MR. SHELTON ..............................   98
BY MS. MCARTY ...............................  105
BY MS. MAO ..................................  208
BY MR. SHELTON ..............................  216
BY MS. MCARTY ...............................  223
BY MS. MAO ..................................  231


----------- DOCUMENT/INFORMATION REQUESTS ----------

DESCRIPTION                                   PAGE

Date the breadcrumb drop-down navigation      212
structure was live on lukew.com web page



-------------------- EXHIBITS --------------------
DEFENDANT'S
EXHIBIT          DESCRIPTION                   PAGE

Exhibit 1        Metadata [Native Excel]        16


Exhibit 2        LinkedIn profile               19


Exhibit 3        Copy of "Site-Seeing: A Visual   30
                 Approach to Web Usability"
                    (MCHP-CADDO_0010195 - 10556)

Exhibit 4        Word files "Site-Seeing: A     32
                 Visual Approach to Web
                 Usability" excerpt (193pp)
                    (LW_0003)

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 6 of 20
CADDO SYSTEMS vs                                                    Luke Wroblewski
MICROCHIP TECHNOLOGY                                                October 13, 2021

4

```
 1   ----------------- EXHIBITS (Cont'd) ---------------
     DEFENDANTS'
 2   EXHIBIT         DESCRIPTION                          PAGE

 3   Exhibit 5       Draft print of "Site-Seeing: A        46
                     Visual Approach to Web
 4                   Usability," "Chapter 2 - You
                     Need a Plan: Preparing for
 5                   Content" [Native .doc file)
                     (LW_0013)
 6

 7   Exhibit 6       (Excerpt) Breadcrumb Drop-down        92
                     figure from "Site-Seeing"
 8
     Exhibit 7       (Excerpt) Breadcrumb Drop-down        96
 9                   excerpt from "Site-Seeing"
                     with "Active Link" add-on
10

11

12   ------------------- EXHIBITS ---------------------
     PLAINTIFF'S
13   EXHIBIT         DESCRIPTION                          PAGE

14   Exhibit P1      Scan of "Site-Seeing" Chapter        110
                     Two - "You Need a Plan:
15                   Preparing for Content," (24pp)

16   Exhibit P2      Amazon.com "Site-Seeing" pdf         111
                     book info (native txt. file.)
17
     Exhibit P4      9/28/21 email chain to/from          162
18                   LukeW and Travis Jensen re:
                     "Site Seeing - Breadcrumb
19                   Drop Down Menu" (35pp)

20   Exhibit P9      Breadcrumb Drop-down                 191
                     demonstrative (original
21                   PNG file)

22
                            ---o0o---
23

24

25
```

5

1  DEPOSITION OF LUKE WROBLEWSKI - October 13, 2021

2                 ---------------

3            THE VIDEOGRAPHER:  We are on the record

4  on October 13, 2021 at approximately 9:05 a.m.

5  Pacific time for the remote video deposition of Luke

6  Wroblewski in the matter of Caddo Systems, Inc., and

7  511 Technologies, Inc., versus Microchip Technology,

8  Inc.

9            My name is Adrian Beltran, and I am the

10  videographer and document technician for today.

11            Now, will counsel please introduce

12  themselves for the record, beginning with the party

13  noticing this proceeding.

14            MS. MAO:  This is Lillian Mao of Orrick

15  Herrington & Sutcliffe on behalf of Microchip.

16            MS. McCARTY:  This is Veronica Schad on

17  behalf of plaintiff, Caddo Systems, from Devlin Law

18  Firm.

19            MR. SHELTON:  And Barry Shelton of

20  Shelton Colburn LLP, representing NXP USA, Inc.

21            MR. JENSEN:  We also have Travis Jensen

22  from Orrick Herrington & Sutcliffe for Microchip, as

23  well as virtually, in-house counsel, Chris

24  Mierzejewski from Microchip.

25            MR. CHAN:  And also, Alex Chan on behalf

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 8 of 20
CADDO SYSTEMS vs                                              Luke Wroblewski
MICROCHIP TECHNOLOGY                                          October 13, 2021

6

```
 1  of the plaintiffs, Devlin law firm.
 2              THE VIDEOGRAPHER:  Thank you.  Will the
 3  court reporter please swear in the witness.
 4              THE REPORTER:  Good morning.  My name is
 5  Mayleen Ahmed, with Lexitas.  The reporter is
 6  currently sitting in the state of Texas; the witness
 7  is currently sitting in California.  So in
 8  proceeding today, the parties agree and stipulate
 9  that the court reporter shall administer the oath
10  and take down the deposition stenographically from a
11  remote location; that the witness is testifying
12  under the penalty of perjury as if sworn in person;
13  and that the deposition will be admissible in court
14  as if it had been taken following the Federal Rules
15  of Civil Procedure, or the state's rules where this
16  case is pending, the State of Texas.
17              Before we proceed, I will ask counsel
18  present to state their agreement to the above
19  stipulation or state if there is any objection.
20              MS. MAO:  Yes, so stipulated.
21              MS. McCARTY:  So stipulated.
22              MR. SHELTON:  So stipulated for NXP USA.
23              THE REPORTER:  Hearing no objection, if
24  you could please raise your right hand.
25              Do you solemnly swear under penalty of
```

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 9 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

7

```
 1   perjury that you are Luke Wroblewski, and the
 2   testimony you are about to give in the matter now
 3   pending shall be the truth, the whole truth, and
 4   nothing but the truth?
 5              THE WITNESS:  I do.
 6              THE REPORTER:  Thank you.
 7          Counsel, we may begin.
 8              MS. MAO:  Thank you.
 9                   ---------------
10                   LUKE WROBLEWSKI
11      having been duly sworn, testified as follows:
12                   ---------------
13                      EXAMINATION
14   BY MS. MAO:
15       Q.   Good morning, Mr. Wroblewski.  My name
16   is Lillian Mao.  As I just said, I represent
17   Microchip, which is one of the defendants, and I'll
18   be asking you some questions today.
19              Just to begin, could you please state
20   your full name for the record.
21       A.   Sure.  My name is Luke Wroblewski.
22       Q.   And what current -- what city do you
23   reside in?
24       A.   Los Gatos, California.
25       Q.   And where are you currently employed?
```

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 10 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

47

```
 1        Q.    Exhibit 5 has been introduced in this
 2   case with the Bates number LW_0013.
 3              Are you able to see and open that file?
 4        A.    I'm opening it now.
 5              Yes, I have it open.
 6        Q.    Is this a draft of Chapter 2 of your
 7   "Site-Seeing" book?
 8        A.    Yes, it is.
 9        Q.    Do you know whether this is the final
10   draft?
11        A.    It would take me a little bit of time to
12   say whether it's the final draft or not.  But it
13   looks mostly complete, yes.
14        Q.    And maybe it's a little easier, I'm
15   going to actually flip back and share Exhibit 1,
16   which was that metadata.
17        A.    Uh-hmm.
18        Q.    If you look at the row 14, it has the
19   Bates number of Exhibit 5, which is LW_13.  And we
20   can see that -- as it was provided to us, it was in
21   folder called "Final Word File."
22              Does that help?
23        A.    Yeah.  That definitely helps.  That
24   would be, if it's in the final Word files folder and
25   it's labeled "Final," that is the final document
```

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 11 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

48

1  that got shared with the both the publisher and also

2  the design team to do the layout.

3        Q.    The name of the file is

4  "Chapter2_020802_final.doc."

5              Can you explain your naming conversion

6  here?

7        A.    That would be the time at which we sort

8  of stamped it as final.  So the way the iterations

9  worked is, when it was, you know, sent over, I would

10 put the date on the file.  And when I say "sent

11 over," I mean, to both the publisher and graphic

12 design team.

13             And this is also how we would kind of

14 keep track of versioning.  'Cause, again, you know,

15 step backwards 20 years, those were -- you would use

16 file names oftentimes back then to -- we didn't have

17 version control systems and things like this as part

18 of our workflow, so you would use the file name.

19             You can also see we had to, like,

20 underscore things 'cause back then you couldn't put

21 spaces within file names either.

22       Q.    Am I understanding the date format

23 correctly, that this would refer to February 8,

24 2002?

25       A.    Yes.  That would be February 2, 2002.

Case 6:20-cv-00245-ADA Document 65-9 Filed 12/14/21 Page 12 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

49

1    Q.   If you look at the "Last Modified Date"
2 column, that has a date in April, early April 2002.
3    A.   Uh-hmm.
4    Q.   Do you know what that reflects?
5    A.   There may be like -- as with all
6 files -- right? -- there may be small things that
7 happened to the files as the process of transferring
8 them or editing them in like a minor way that would
9 update that last modified date.
10        So what I interpret that discrepancy as,
11 the file was finalized in terms of content on
12 February 8, 2002, and sent over as such.  And then,
13 over the course of the next two months, as perhaps
14 it moved from one drive to another or, you know, a
15 slight modification of formatting things or
16 something like that happened, the last modified date
17 may have been updated.
18    Q.   Is it fair to say you would consider
19 February 2002 the time that you finished writing the
20 chapter?
21    A.   Yes.  I will -- actually, let me take a
22 step back.  It was probably before then.  I would
23 consider February 8, 2002 at the time I developed
24 the final document version of it and sent it over
25 for the publisher and for graphic design work.  It

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 13 of 20
CADDO SYSTEMS vs                                              Luke Wroblewski
MICROCHIP TECHNOLOGY                                          October 13, 2021

50

1   may have been completed a few days before then and
2   it sat there until I actually packaged it up and
3   sent it over.
4          Q.    Thanks for clarifying.
5                Do you have -- do you have a copy of the
6   file on your computer with you?
7          A.    Yes, I can pull it up.  So this is
8   Chapter 2, 2008, 2002.  Let me take a look.
9                Okay.  I have a folder also here titled
10  "Final Word files," and I have a Chapter 2, 2008.
11  sorry.  February 2 -- February 8, 2002 final.doc.
12  Yes, I have it open.
13         Q.    And are you able to determine what the
14  creation date is in the metadata on your version of
15  this file?
16         A.    Well, again, full disclosure, I am
17  looking at the file that I have uploaded to Dropbox
18  for you all.  I'm not looking at the file that I
19  originally pulled this from off of the FireWire
20  drive.
21         Q.    Okay.
22         A.    I see here the date created is
23  February 8, 2002, 10:30 a.m. and the date modified
24  is April 4, 2002, 12:08 p.m.
25         Q.    Thank you.

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 14 of 20
CADDO SYSTEMS vs																													Luke Wroblewski
MICROCHIP TECHNOLOGY																											October 13, 2021

83

1   should these things actually work?  And which of the

2   patterns and conventions are the ones that will

3   stick around the most -- right? -- and get most

4   widely adopted, and which ones should I use on my

5   sites based off of that combination of usability and

6   familiarity and effectiveness.

7          Q.    When did you first come up with this

8   idea of combining the breadcrumb with the drop-down?

9          A.    You know, it's a good question.  And I

10  was flipping through my notes to the book, and I

11  actually found, back in the chapter outline here --

12  (demonstrating) -- when I was doing the outline for

13  the book prior to publishing it, there is a little

14  bullet here.  It says, "Dynamic breadcrumb:

15  generic/lukew.com," and then above it, "Cascading

16  Menu," "Dynamic Menu," "Breadcrumb," "NCSA."

17               So during the time of outlining the book

18  and thinking through what content would be in it, I

19  had called it a "Dynamic breadcrumb" and written it

20  down as -- as a kind of example that I would like to

21  include in the book.

22               So that would have been in the early

23  phases of putting together the outline of the book

24  prior to actually writing the chapter.

25         Q.    Did you come up with that idea yourself

153

1   the -- after "Home," right?
2       A.    Yes.
3       Q.    So it shows "Folio," then "Web Sites,"
4   and then the "Silver Wrapper Productions."  Do you
5   see that -- those links?
6       A.    Yes.
7       Q.    So get to "Silver Wrapper Products,"
8   would the user have needed to click on "Folio" and
9   then "Web Sites" in the general menus to create this
10  path?
11      A.    They wouldn't have had to click on that,
12  no.  They could have tapped on a link that says
13  "Silver Wrapper Productions" on, for example, the
14  home page, and then dropped directly into this page.
15      Q.    Is that a net -- is it a web --
16            Could the user have gotten to this
17  breadcrumb by clicking on "Folio," and then "Web
18  Sites," and then "Silver Wrapper Productions"?
19      A.    Yes.
20      Q.    Okay.  And this example on page 59, you
21  said this is the only example of dynamic breadcrumbs
22  in your book, right?
23      A.    That was published, yes.
24            In the Images folder that I provided,
25  there was a number of, like, different renderings of

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 16 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

154

1   what the drop-down menus can be rendered as based
2   off of what, like, different browsers supported.
3   But in the published book, these were the images,
4   yes.
5           Q.    And there's no rolling over.  I think
6   you called it hover on.  Do you remember using that
7   term earlier?
8           A.    Uh-hmm.  Yes.  Hovering over.
9           Q.    Okay.  There is no hovering over
10  functionality for these images, though, on page 59,
11  right?
12          A.    Yeah, no, it is not depicted in these
13  images.  These are standard drop-down HTML elements
14  within an order set of links.
15          Q.    Could you see it being potentially
16  useful if you were able to hover over these links
17  and see the menu items on that level?
18          A.    Again, it comes back to me saying, it
19  depends.  Right?  In some cases, that would be
20  useful; in other cases, it could become an
21  annoyance.
22          Q.    Well, in the cases that's useful, why is
23  it useful?
24          A.    It would be useful for kind of -- I
25  don't want to use the word "forcing."  But making it

Case 6:20-cv-00245-ADA Document 65-9 Filed 12/14/21 Page 17 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

194

1 the way it looks as the final image output.
2     Q.    Right.
3     A.    So this represents part of the process
4 of going from screenshot to production assay in the
5 book.
6     Q.    But how the image for the book was
7 created was through -- was through photo -- was
8 through Photoshop?
9     A.    I would say it's a combination of
10 Photoshop and screenshots of HTML code. There was
11 no -- like, all these elements were not created from
12 scratch.
13     They were a screenshot of, like I said,
14 an existing web page design where I started to
15 introduce some additional HTML elements, and then
16 took a screenshot of that and then brought it into
17 Photoshop to clean it up, remove some of the
18 elements, and style it a bit differently.
19     Q.    Which website were you -- were you
20 implementing this on?
21     A.    lukew.com, my personal website.
22     Q.    And did you keep it as it's shown on
23 page -- as it's shown on page 59 of Exhibit P1, did
24 you keep it that way after you got your screenshot?
25     A.    There is a period of time that I kept it

195

1  as the image of both, I believe.  I can find out
2  'cause I have renders of the website in a different
3  folder.
4       Q.   If you want to produce that information,
5  that would be great.
6       A.   Okay.
7       Q.   Off the top of your head, do you
8  remember if that was -- it was like this during --
9  after June 20, 2002?
10      A.   From what I remember is I took the
11 existing website, which is the screenshot you see
12 here.  Right?  I opened up that HTML file.  I
13 started modifying it to adapt the breadcrumb to have
14 this navigational menu rendered as a drop-down.  And
15 then I took a screenshot of that, made some edits.
16           And what I believe was live in
17 production is the version that you see in the book
18 in the upper image, where the "Silver Wrapper
19 Productions" was illustrated as a --
20 what-you-ma-call-it?  It was rendered as a drop-down
21 menu.
22      Q.   And when was that live?
23      A.   I would have to look.  I don't know.
24      Q.   Okay.
25      A.   Somewhere around that time frame.  But

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 19 of 20
CADDO SYSTEMS vs
MICROCHIP TECHNOLOGY
Luke Wroblewski
October 13, 2021

237

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF TEXAS
 2                        WACO DIVISION

 3   CADDO SYSTEMS, INC., and       )
     511 TECHNOLOGIES, INC.         )  Case No.
 4                                  )  6:20-cv-245-ADA
                   Plaintiffs,      )
 5        vs.                       )
                                    )
 6   MICROCHIP TECHNOLOGY,          )
     INCORPORATED,                  )
 7                 Defendant.       )
     -------------------------------X
 8   CADDO SYSTEMS, INC., and       )
     511 TECHNOLOGIES, INC.         )  Case No.
 9                                  )  6:20-cv-244-ADA
                   Plaintiffs,      )
10        vs.                       )
                                    )
11   NXP SEMICONDUCTORS N.V., et    )
     al.,                           )
12                 Defendants.      )
     _____ X
13

14               REPORTER'S CERTIFICATION

15     VIDEOTAPED ORAL DEPOSITION OF LUKE WROBLEWSKI

16                  OCTOBER 13, 2021

17

18        I, MAYLEEN AHMED, a Registered Merit

19   Reporter, Certified Realtime Reporter, and a Texas

20   and California Certified Shorthand Reporter, hereby

21   certify to the following:

22        That the witness, LUKE WROBLEWSKI, was

23   remotely duly sworn by me, and that the transcript

24   of the oral deposition is a true record of the

25   testimony given by the witness;
```

Case 6:20-cv-00245-ADA   Document 65-9   Filed 12/14/21   Page 20 of 20
CADDO SYSTEMS vs                                    Luke Wroblewski
MICROCHIP TECHNOLOGY                                October 13, 2021

238

1       That said proceedings were taken remotely
2  before me on October 13, 2021, taken down
3  stenographically at the time therein set forth, and
4  thereafter transcribed by me;
5       That in accordance with FRCP 30(e), before
6  completion of the proceedings, review of the
7  transcript was not requested and signature was
8  waived by the witness.
9       I further certify that I am neither counsel
10 for, related to, nor employed by any of the parties
11 in the action in which this proceeding was taken,
12 and further that I am not financially or otherwise
13 interested in the outcome of this action.
14      Certified to by me on this 20th day of
15 October 2021.

16

17 _____

18      /s/  MAYLEEN AHMED, RMR, CRR, CRC
        Texas CSR No. 9428 - Exp 7/31/23
19      Washington CCR No. 3402 - Exp 12/29/21
        Oregon CSR No. 17-0447 Exp 12/31/23
20      California CSR No. 14830 Exp 12/31/21
        New York Notary Public