'

# EXHIBIT 10

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

**Case No. 6:20-cv-244-ADA (W.D. Tex.)**
**Case No. 6:20-cv-245-ADA (W.D. Tex.)**

## Invalidity of U.S. Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127
## by
## Wroblewski

**REFERENCE:**  "Site-Seeing: A Visual Approach to Web Usability," by Luke Wroblewski ("Wroblewski") was published by Hungry Minds in April 2002.  Wroblewski is prior art to the '411, '301, '517, '836, '880, and '127 patents under at least 35 U.S.C. § 102(a) and § 102(g)(2).  All emphasis added unless otherwise indicated.[1]

'411 Claim 1-I

| '411 Patent Claim 1 | Disclosure |
|---|---|
| 1. A method for navigating within a multi-level hierarchical collapsing menu structure where each level in the menu contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to | To the extent the preamble is limiting, Wroblewski, as evidenced by the example citations below, discloses a method for navigating within a multi-level hierarchical collapsing menu structure where each level in the menu contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, as this language appears to be interpreted by Caddo. *See e.g.*: <br><br> • "Another popular solution is to use 'space-saving' navigation elements to strike an adequate navigation elements to strike an adequate navigation/content balance.  Cascading menus, dynamic user-controlled menus, drop-down menus, and breadcrumbs |

---

[1] To the extent that these Preliminary Invalidity Contentions rely on or otherwise embody particular constructions of terms or phrases in the Asserted Claims, Defendant is not proposing any such constructions as proper constructions of those terms or phrases.  Various positions put forth in this document are predicated on Plaintiff's incorrect and overly broad interpretation of its claims as evidenced by its Preliminary Infringement Contentions, dated September 17, 2020.  Those positions are not intended to and do not necessarily reflect Defendant's interpretation of the true and proper scope of Plaintiff's claims, and Defendant reserves the right to adopt claim construction positions that differ from or even conflict with various positions put forth in this document.

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| another level, said method comprising the steps of: | are just a few 'space-saving' elements common today.  (See sidebar to right)  Each of these solutions has its share of benefits and drawbacks, which you need to be aware of before committing your site to one."  Wroblewski at 55. <br><br> •   Wroblewski at 56: <br><br>  <br><br> •   Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
| --- | --- |
| |  |
| | • Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| [a] providing a graphical user menu system displaying the items of a given level and enabling selection thereof, wherein access of said given level requires sequential access of each of the levels preceding said given level in the hierarchy; | Wroblewski, as evidenced by the example citations below, discloses providing a graphical user menu system displaying the items of a given level and enabling selection thereof, wherein access of said given level requires sequential access of each of the levels preceding said given level in the hierarchy, as this claim limitation appears to be interpreted by Caddo. *See e.g.*: <ul><li>"Another popular solution is to use 'space-saving' navigation elements to strike an adequate navigation elements to strike an adequate navigation/content balance.  Cascading menus, dynamic user-controlled menus, drop-down menus, and breadcrumbs are just a few 'space-saving' elements common today.  (See sidebar to right)  Each of these solutions has its share of benefits and drawbacks, which you need to be aware of before committing your site to one." Wroblewski at 55.</li><li>Wroblewski at 56:</li></ul> |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
|  |  • Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| | <br>• Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| [b] automatically constructing an Active Path as a sequence of hierarchical active links as items are selected using the graphical user menu system without the need for any additional interaction with the graphical user system, with one said active link corresponding to each of the items selected, each said active link being independently selectable thereby providing direct access to the hierarchical level from which the corresponding item was selected without the need to navigate using said graphical user menu system; and | Wroblewski, as evidenced by the example citations below, discloses automatically constructing an Active Path as a sequence of hierarchical active links as items are selected using the graphical user menu system without the need for any additional interaction with the graphical user system, with one said active link corresponding to each of the items selected, each said active link being independently selectable thereby providing direct access to the hierarchical level from which the corresponding item was selected without the need to navigate using said graphical user menu system, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.:*<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  <br> • Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  |
| [c] displaying the Active Path as an alternative to the graphical user menu system for navigating the multi-level hierarchical collapsing menu structure after the user has finished selecting items using the graphical user system such that the Active Path is displayed | Wroblewski, as evidenced by the example citations below, discloses displaying the Active Path as an alternative to the graphical user menu system for navigating the multi-level hierarchical collapsing menu structure after the user has finished selecting items using the graphical user system such that the Active Path is displayed after the multi-level hierarchical collapsing menu structure has collapsed, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*: |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '411 Patent Claim 1 | Disclosure |
|---|---|
| after the multi-level hierarchical collapsing menu structure has collapsed; | • Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  |
| [d] wherein pre-selecting a given active link triggers the display of sibling menu items on the level associated with said given active link without disturbing the displayed Active Path. | Wroblewski, as evidenced by the example citations below, discloses that pre-selecting a given active link triggers the display of sibling menu items on the level associated with said given active link without disturbing the displayed Active Path, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>&bull;  Wroblewski at 56: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
|  |  <br> • Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 1 | Disclosure |
|---|---|
| |  At a minimum, it would have been obvious to a POSITA to include that pre-selecting a given active link triggers the display of sibling menu items.  *See* Exhibits B-1 (displaying sibling items) and B-2 (pre-selecting and rolling over). |

'411 Claim 2

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 2 | Disclosure |
|---|---|
| 2. The method for navigating according to claim 1, further comprising: | |
| [a] providing pre-defined short-cuts enabling direct access to a given item; and | Wroblewski, as evidenced by the example citations below, discloses providing pre-defined short-cuts enabling direct access to a given item, as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • Wroblewski at 56: <br><br>  <br><br> • Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 2 | Disclosure |
|---|---|
| |  |
| | At a minimum, it would have been obvious to a POSITA to include pre-defined short-cuts enabling direct access to a given item. *See* Exhibit B-4. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 2 | Disclosure |
|---|---|
| [b]      automatically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the menu items necessary to access said given menu item using said graphical user menu system. | Wroblewski, as evidenced by the example citations below, discloses automatically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the items necessary to access said given item using said graphical user menu system., as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • Wroblewski at 56: <br><br>  <br><br> • Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 2 | Disclosure |
|---|---|
|  |  |

'411 Claim 3

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 3 | Disclosure |
|---|---|
| 3. The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link. | Wroblewski, as evidenced by the example citations below, discloses that selecting a given active link triggers the execution of a function associated with the given active link, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 56:<br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 3 | Disclosure |
|---|---|
| |  <br> • Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 3 | Disclosure |
|---|---|
| |  |

'411 Claim 4

| '411 Patent Claim 4 | Disclosure |
|---|---|
| 4. The method for navigating according to claim 1, wherein selecting a given active link triggers | Wroblewski, as evidenced by the example citations below, discloses that selecting a given active link triggers display of information associated with said given active link, as this claim limitation appears to be interpreted by Caddo. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 4 | Disclosure |
|---|---|
| display of information associated with said given active link. | *See e.g.*:<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 4 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '411 Patent Claim 4 | Disclosure |
|---|---|
| |  |

'411 Claim 6

| '411 Patent Claim 6 | Disclosure |
|---|---|
| 6. The method for navigating according to claim 1, wherein pre-selecting a given menu item displayed | Wroblewski, as evidenced by the example citations below, discloses that pre-selecting a given menu item displayed while pre-selecting the given active link triggers the display of subordinate menu items, as this claim limitation appears to be interpreted by Caddo. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 6 | Disclosure |
|---|---|
| while pre-selecting the given active link triggers the display of subordinate menu items. | *See e.g.:*<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 6 | Disclosure |
| --- | --- |
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '411 Patent Claim 6 | Disclosure |
|---|---|
| |  At a minimum, it would have been obvious to a POSITA to include that pre-selecting a given menu item triggers the display of subordinate menu items.  *See* Exhibit B-2. |

'301 Claim 1-I

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 1 | Disclosure |
|---|---|
| 1. A method for navigating within a multi-level hierarchical information structure where each level in the information structure contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, said method comprising the steps of: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble. |
| [a] providing a graphical user menu system displaying the items of a given level of the hierarchical information structure and enabling selection thereof; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1[a]. |
| [b] dynamically constructing an Active Path as a sequence of active links as items are selected using the graphical user menu system, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and menu item without the need to navigate using said graphical user menu system; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1[b]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| **'301 Patent Claim 1** | **Disclosure** |
|---|---|
| [c] each said active link enabling the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path. | Wroblewski, as evidenced by the example citations below, discloses that pre-selecting a given menu item displayed while pre-selecting the given active link triggers the display of subordinate menu items, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 1 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 1 | Disclosure |
|---|---|
|  |  At a minimum, it would have been obvious to a POSITA to include browsing all hierarchically subordinate items using the active links. *See, e.g.*, Exhibit A-6 at 50-55. |

'301 Claim 2

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 2 | Disclosure |
|---|---|
| 2. The method for navigating according to claim 1, further comprising: | |
| [a] providing pre-defined short-cuts enabling direct access to a given item; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 2[a]. |
| [b] dynamically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the items necessary to access said given item using said graphical user menu system. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 2[b]. |

'301 Claim 3

| '301 Patent Claim 3 | Disclosure |
|---|---|
| 3. The method for navigating according to claim 1, wherein rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels | Wroblewski, as evidenced by the example citations below, discloses that rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels associated with said selected active link, as this claim limitation appears to be interpreted by Caddo. *See e.g.*: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 3 | Disclosure |
|---|---|
| associated with said selected active link. | • Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 3 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 3 | Disclosure |
|---|---|
|  |  At a minimum, it would have been obvious to a POSITA to include that rolling over a selected active link triggers the display of sibling menu items on the hierarchically subordinate levels.  *See* Exhibits B-1 (displaying sibling items) and B-2 (pre-selecting and rolling over). |

'301 Claim 4

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 4 | Disclosure |
|---|---|
| 4. The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 3. |

'301 Claim 5

| '301 Patent Claim 5 | Disclosure |
|---|---|
| 5. The method for navigating according to claim 1, wherein selecting a given active link triggers display of information associated with said given active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 4. |

'301 Claim 9

| '301 Patent Claim 9 | Disclosure |
|---|---|
| 9. A method for navigating within a multi-level hierarchical information structure where each level in the structure contains plural items, each said item being at least one of a function, a pointer to a location, and a | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '301 Patent Claim 9 | Disclosure |
|---|---|
| pointer to another level, said method comprising the steps of: | |
| [a] displaying a graphic element representing a root of the hierarchical information structure; | Wroblewski, as evidenced by the example citations below, discloses displaying a graphic element representing a root of the hierarchical information structure, as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • "The first level is included on all the pages within our site in order to provide our audience with a sense of palce and security. Your audience will be confident that they can get through your site if they know they can count on a set of consistent links to be there when they need them." Wroblewski at 48. <br><br> • Wroblewski at 49: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**



Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| | • Wroblewski at 52:<br><br><br><br>• Wroblewski at 53: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
|  | |
| [b] browsing the hierarchical information structure by rolling over said graphic element using a pointing device, wherein browsing results in the display of sibling items or hierarchically subordinate items; | Wroblewski, as evidenced by the example citations below, discloses browsing the hierarchical information structure by rolling over said graphic element using a pointing device, wherein browsing results in the display of sibling items or hierarchically subordinate items, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 53: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| | <br>• Wroblewski at 49: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**



Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
|  | • Wroblewski at 56:  <br> • Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| | <br>• Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| |  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
|  | At a minimum, it would have been obvious to a POSITA to include browsing the hierarchical information structure by rolling over a graphic to display sibling items or hierarchically subordinate items.  *See* Exhibits B-1 (displaying sibling items) and B-2 (pre-selecting and rolling over). |
| [c] selecting one of the displayed items; | Wroblewski, as evidenced by the example citations below, discloses selecting one of the displayed items, as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • Wroblewski at 56: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
|  |  • Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| | <br><br>• Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '301 Patent Claim 9 | Disclosure |
|---|---|
| |  |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '301 Patent Claim 9 | Disclosure |
|---|---|
| [d] dynamically constructing an Active Path as a sequence of active links as items are selected, with one said active link corresponding to each of the items selected, said active links providing direct access to one of a function, corresponding level and item without the need to navigate from the root of the hierarchical information structure; | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 1[b]. |
| [e] each said active link enabling the user to directly browse all items on any given level of the hierarchical information structure including all hierarchically subordinate items without affecting the Active Path. | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim 1[c]. |

'517 Claim 1-I

| '517 Patent Claim 1 | Disclosure |
|---|---|
| 1. A method for navigating within a hierarchical menu structure where each level in the menu contains plural items, said method comprising the steps of: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 1 | Disclosure |
|---|---|
| [a] providing a graphical user menu system displaying the items of a given level and enabling selection thereof, wherein access of said given level requires sequential access of each of the levels preceding said given level in the hierarchy; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[a]. |
| [b] constructing an Active Path as a sequence of hierarchical active links as items are selected using the graphical user menu system, with one said active link corresponding to each of the items selected, each said active link providing direct access to the hierarchical level from which the corresponding item was selected without using said graphical user menu system; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b]. |
| [c] displaying the Active Path as an alternative to the graphical user menu system for navigating the menu structure after the user has finished selecting items using the graphical user system such that the Active Path is displayed; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[c]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 1 | Disclosure |
|---|---|
| [d] wherein rolling over a given active link with the pointer of a pointing device triggers the display of menu items on the hierarchical level associated with said given active link without disturbing the displayed Active Path. | Wroblewski, as evidenced by the example citations below, discloses that rolling over a given active link with the pointer of a pointing device triggers the display of menu items on the hierarchical level associated with said given active link without disturbing the displayed Active Path, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 1 | Disclosure |
|---|---|
|  | <br><br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 1 | Disclosure |
|---|---|
| |  At a minimum, it would have been obvious to a POSITA to include rolling over a given active link with the pointer of a pointing device.  *See* Exhibit B-2. |

'517 Claim 2

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '517 Patent Claim 2 | Disclosure |
|---|---|
| 2. The method for navigating according to claim 1, further comprising: | |
| [a] providing pre-defined short-cuts enabling direct access to a given menu item; and | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 2[a]. |
| [b] automatically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the menu items necessary to access said given menu item using said graphical user menu system. | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 2[b]. |

'517 Claim 3

| '517 Patent Claim 3 | Disclosure |
|---|---|
| 3. The method for navigating according to claim 1, wherein rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels | Wroblewski, as evidenced by the example citations below, discloses that rolling over a selected active link triggers the display of sibling items on the hierarchically subordinate levels associated with said selected active link, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 3 | Disclosure |
|---|---|
| associated with said selected active link. | <ul><li>Wroblewski at 56:</li></ul><ul><li>Wroblewski at 58:</li></ul> |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 3 | Disclosure |
|---|---|
| | <br><br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 3 | Disclosure |
|---|---|
| |  At a minimum, it would have been obvious to a POSITA to include that pre-selecting a given active link triggers the display of sibling menu items.  *See* Exhibits B-1 (displaying sibling items) and B-2 (pre-selecting and rolling over). |

'517 Claim 4

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '517 Patent Claim 4 | Disclosure |
|---|---|
| 4. The method for navigating according to claim 3, wherein browsing a given active menu item triggers the display of subordinate menu items. | This claim is satisfied by the disclosure set forth in connection with the discussion of '411 claim 6. |

'517 Claim 5

| '517 Patent Claim 5 | Disclosure |
|---|---|
| 5. The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '301 claim 4. |

'517 Claim 6

| '517 Patent Claim 6 | Disclosure |
|---|---|
| 6. The method for navigating according to claim 1, wherein selecting a given active link triggers display of information associated with said given active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '411 claim 4. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

'836 Claim 1-I

| '836 Patent Claim 1 | Disclosure |
|---|---|
| 1. A method for navigating within a multi-level hierarchical information structure where each level in the menu contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, said method comprising the steps of: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble. |
| [a] providing a graphical user menu system displaying the items of a given level of the hierarchical information structure and enabling selection thereof and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1[a]. |
| [b] constructing an Active Path as a sequence of active links as the user navigates the information structure using the graphical user menu system, with one said active link corresponding to each of the hierarchical levels accessed by the user, said active links providing direct access to one of a function, corresponding level and menu item | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1[b]. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '836 Patent Claim 1 | Disclosure |
|---|---|
| without the need to navigate using said graphical user menu system; | |
| [c] a given said active link enabling the user to browse items of the hierarchical information structure starting from the level corresponding with the given active link and items on hierarchically subordinate levels without affecting the Active Path. | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 1[c]. |

'836 Claim 2

| '836 Patent Claim 2 | Disclosure |
|---|---|
| 2. The method for navigating according to claim 1, further comprising: | |
| [a] providing pre-defined short-cuts enabling direct access to a given menu item; and | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 2[a]. |
| [b] dynamically constructing the Active Path when a pre-defined short-cut is executed, with one said active link corresponding to each of the | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 2[b]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 2 | Disclosure |
|---|---|
| menu items necessary to access said given menu item using said graphical user menu system. | |

'836 Claim 3

| '836 Patent Claim 3 | Disclosure |
|---|---|
| 3. The method for navigating according to claim 1, wherein rolling over a selected active link triggers the display of sibling menu items on the hierarchically subordinate levels associated with said selected active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim 3. |

'836 Claim 4

| '836 Patent Claim 4 | Disclosure |
|---|---|
| 4. The method for navigating according to claim 1, wherein selecting a given active link triggers the execution of a function associated with said given active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '301 claim 4. |

'836 Claim 5

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 5 | Disclosure |
|---|---|
| 5. The method for navigating according to claim 1, wherein selecting a given active link triggers display of information associated with said given active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '411 claim 4. |

'836 Claim 7

| '836 Patent Claim 7 | Disclosure |
|---|---|
| 7. The method according to claim 1, wherein the multi-level hierarchical information structure is a website. | Wroblewski, as evidenced by the example citations below, discloses that the multi-level hierarchical information structure is a website, as this claim limitation appears to be interpreted by Caddo. *See e.g.*: <br><br> • Wroblewski at 49: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**



Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 7 | Disclosure |
|---|---|
|  | • Wroblewski at 52:<br><br><br><br>• Wroblewski at 53: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

'836 Claim 8-I

| '836 Patent Claim 8 | Disclosure |
|---|---|
| 8. A method for navigating websites including a plurality of hierarchically organized web pages, said method comprising: | To the extent the preamble is limiting, Wroblewski, as evidenced by the example citations below, discloses a method for navigating within a multi-level hierarchical collapsing menu structure where each level in the menu contains plural items, each said item being at least one of a function, a pointer to a location, and a pointer to another level, as this language appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • Wroblewski at 53: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| | <br>• Wroblewski at 49: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**



Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| | • Wroblewski at 56:  • Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| | <br><br>• Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| |  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| [a] providing a means for navigating the multi-level hierarchical website; | Wroblewski, as evidenced by the example citations below, discloses providing a means for navigating the multi-level hierarchical website, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 53:<br><br><br><br>• Wroblewski at 49: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**



Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
|  | • Wroblewski at 56:<br><br><br><br>• Wroblewski at 54: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| | <br>• Wroblewski at 63: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| |  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '836 Patent Claim 8 | Disclosure |
|---|---|
| [b] dynamically constructing an Active Path as a sequence of active links as the user navigates the multi-level hierarchical website, wherein each said active link corresponds to a level in the hierarchical structure; wherein a user may directly access any given level of the hierarchical structure by selecting a given said active link; | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 1[b]. |
| [c] each said active link providing the user the ability to directly browse items on any given level of the hierarchical menu structure and hierarchically subordinate items without affecting the Active Path. | This element is satisfied by the disclosure set forth in connection with the discussion of '301 claim element 1[c]. |

'880 Claim 1-I

| '880 Patent Claim 1 | Disclosure |
|---|---|
| 1. A method of navigating an information structure comprising: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble and '301 claim 1 preamble. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '880 Patent Claim 1 | Disclosure |
|---|---|
| [a] providing a graphical menu interface displaying the items of a given level of the information structure and enabling selection thereof; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[a] and '301 claim element 1[a]. |
| [b] dynamically constructing an active path as a sequence of active links after an item of the information structure has been selected; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b] and '301 claim element 1[b]. |
| [c] upon provisional selection of any said active link, displaying one or more items on a given level of the information structure without affecting the active path; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d]. |
| [d] said active links allowing a user to access an item in the information structure by selecting from the one or more items displayed by one of the active links on the active path. | Wroblewski, as evidenced by the example citations below, discloses that the active links allow a user to access an item in the information structure by selecting from the one or more items displayed by one of the active links on the active path., as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.*: <br><br> • Wroblewski at 56: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 1 | Disclosure |
|---|---|
|  |  <br> • Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 1 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 1 | Disclosure |
|---|---|
| |  |

'880 Claim 3

| '880 Patent Claim 3 | Disclosure |
|---|---|
| 3. The method of claim 1, wherein the one or more active links allow the display of one or more items on a | This element is satisfied by the disclosure set forth in connection with the discussion of '517 claim element 1[d]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 3 | Disclosure |
|---|---|
| given level of the information structure when a pointer is rolled over one of the active links. | |

'880 Claim 4

| '880 Patent Claim 4 | Disclosure |
|---|---|
| 4. The method of claim 1, wherein the one or more active links allow the display of one or more items on a given level of the information structure when one of the active links is selected. | Wroblewski, as evidenced by the example citations below, discloses that one or more active links allow the display of one or more items on a given level of the information structure when one of the active links is selected, as this claim limitation appears to be interpreted by Caddo. *See e.g.*:<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 4 | Disclosure |
| --- | --- |
| |  <br> • Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 4 | Disclosure |
|---|---|
|  |  |

'880 Claim 5

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '880 Patent Claim 5 | Disclosure |
|---|---|
| 5. The method of claim 1, wherein the one or more active links allow the display of one or more items on a given level of the information structure when a visual icon associated with one of the active links is selected. | Wroblewski, as evidenced by the example citations below, discloses that one or more active links allow the display of one or more items on a given level of the information structure when a visual icon associated with one of the active links is selected, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 56:<br><br><br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 5 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 5 | Disclosure |
| --- | --- |
| |  |

'880 Claim 6

| '880 Patent Claim 6 | Disclosure |
| --- | --- |
| 6. The method of claim 1, wherein the active links in the active path allow the display of one or more items on a | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 6 | Disclosure |
|---|---|
| given level of the information structure without changing the active path. | |

'880 Claim 7

| '880 Patent Claim 7 | Disclosure |
|---|---|
| 7. The method of claim 1, wherein a user may directly access one or more active links in the active path by selecting the active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b]. |

'880 Claim 8

| '880 Patent Claim 8 | Disclosure |
|---|---|
| 8. The method of claim 7, wherein the selection of an active link causes the active path to truncate to the selected active link. | Wroblewski, as evidenced by the example citations below, discloses that the selection of an active link causes the active path to truncate to the selected active link, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 56: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 8 | Disclosure |
|---|---|
|  |  Home > User Information > Resources > Hardware > **Origin2000**<br><br>Breadcrumbs are an increasingly common method of providing situational awareness. They show the path from the home page to your current location.<br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 8 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 8 | Disclosure |
|---|---|
| | |
| | At a minimum, it would have been obvious to a POSITA to include that the selection of an active link causes the active path to truncate to the selected active link.  *See* Exhibit B-3. |

'880 Claim 9

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 9 | Disclosure |
|---|---|
| 9. The method of claim 1, further providing pre-defined shortcuts that enable direct access to a given item in the information structure, wherein selection of a predefined shortcut dynamically constructs an active path including one active link corresponding to each item necessary to navigate to the given item in the information structure. | Wroblewski, as evidenced by the example citations below, discloses that providing pre-defined shortcuts that enable direct access to a given item in the information structure, wherein selection of a predefined shortcut dynamically constructs an active path including one active link corresponding to each item necessary to navigate to the given item in the information structure, as this claim limitation appears to be interpreted by Caddo. <br><br> *See e.g.:* <br><br> • Wroblewski at 56: <br><br>  <br> Home > User Information > Resources > Hardware > **Origin2000** <br><br> Breadcrumbs are an increasingly common method of providing situational awareness. They show the path from the home page to your current location. <br><br> •     Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 9 | Disclosure |
|---|---|
| | <br>• Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 9 | Disclosure |
|---|---|
| |  At a minimum, it would have been obvious to a POSITA to include pre-defined short-cuts enabling direct access to a given item. *See* Exhibit B-4. |

'880 Claim 10-I

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 10 | Disclosure |
|---|---|
| 10. An apparatus for navigating an information structure, the apparatus including a processor configured to: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble and '301 claim 1 preamble and '880 claim 1 preamble.<br><br>Wroblewski, as evidenced by the example citations below, discloses a processor, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 53:<br><br> |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 10 | Disclosure |
|---|---|
| | • Wroblewski at 49:  |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 10 | Disclosure |
|---|---|
| | • Wroblewski at 56:<br><br>A POSITA would have understood that the webpages in Wroblewski is implemented and designed in a computer system, which contains a processor controlling the computer. |
| [a] provide a graphical menu interface displaying the items of a given level of the information structure and enabling selection thereof; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[a], '301 claim element 1[a], and '880 claim element 1[a]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 10 | Disclosure |
|---|---|
| [b] dynamically construct an active path as a sequence of active links after an item of the information structure has been selected; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b],'301 claim element 1[b], and '880 claim element 1[b]. |
| [c] upon provisional selection of a given one of said active links, display one or more items on a given level of the information structure associated with said provisionally selected active link without affecting the active path; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d] and '880 claim element 1[c]. |
| [d] allow a user to access an item in the information structure by selecting the item from the one or more items displayed by one of the active links on the active path. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim element 1[d]. |

'880 Claim 12

| '880 Patent Claim 12 | Disclosure |
|---|---|
| 12. The apparatus of claim 10, wherein the one or more active links allow the display of one or more items on a given level of the information | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 3. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 12 | Disclosure |
|---|---|
| structure when a pointer is rolled over one of the active links. | |

'880 Claim 13

| '880 Patent Claim 13 | Disclosure |
|---|---|
| 13. The apparatus of claim 10, wherein the one or more active links allow the display of one or more items on a given level of the information structure when one of the active links is selected. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 4. |

'880 Claim 14

| '880 Patent Claim 14 | Disclosure |
|---|---|
| 14. The apparatus of claim 10, wherein the one or more active links allow the display of one or more items on a given level of the information structure when a visual icon associated with one of the active links is selected. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 5. |

'880 Claim 15

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 15 | Disclosure |
|---|---|
| 15. The apparatus of claim 10, wherein the active links in the active path allow the display of one or more items on a given level of the information structure without changing the active path. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 6. |

'880 Claim 16

| '880 Patent Claim 16 | Disclosure |
|---|---|
| 16. The apparatus of claim 10, wherein a user may directly access one or more active links in the active path by selecting the active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 7. |

'880 Claim 17

| '880 Patent Claim 17 | Disclosure |
|---|---|
| 17. The apparatus of claim 16, wherein the selection of an active link causes the active path to truncate to the selected active link. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 8. |

'880 Claim 18

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 18 | Disclosure |
|---|---|
| 18. The apparatus of claim 10 further configured to provide pre-defined shortcuts to enable access to a given item in the information structure, wherein selection of a pre-defined shortcut dynamically constructs an active path including one active link corresponding to each item necessary to navigate to the given item in the information structure. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 9. |

'880 Claim 19

| '880 Patent Claim 19 | Disclosure |
|---|---|
| 19. The apparatus of claim 10, wherein two functions are associated with at least one of said active links. | Wroblewski, as evidenced by the example citations below, discloses that two functions are associated with at least one of said active links, as this claim limitation appears to be interpreted by Caddo.<br><br>*See e.g.*:<br><br>• Wroblewski at 58: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 19 | Disclosure |
|---|---|
| |  |
| | • Wroblewski at 68: |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 19 | Disclosure |
|---|---|
| |  |

'880 Claim 20

| '880 Patent Claim 20 | Disclosure |
|---|---|
| 20. The apparatus of claim 19, wherein execution of said functions is | Wroblewski, as evidenced by the example citations below, discloses that execution of said functions is initiated by selecting different portions of said at least one of active link, as this claim limitation appears to be interpreted by Caddo. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 20 | Disclosure |
| --- | --- |
| initiated by selecting different portions of said at least one of active link. | *See e.g.*:<br><br>• Wroblewski at 58:<br><br> |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '880 Patent Claim 20 | Disclosure |
|---|---|
| | • Wroblewski at 68:<br><br> |

'880 Claim 22

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '880 Patent Claim 22 | Disclosure |
|---|---|
| 22. The apparatus of claim 10, wherein at least two functions are associated with at least one of said active links. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 1-I

| '127 Patent Claim 1 | Disclosure |
|---|---|
| 1. An apparatus for navigating an information structure, the apparatus including a processor configured to: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 10 preamble. |
| [a] provide a graphical menu interface displaying the items of a given level of the information structure and enabling selection thereof; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[a], '301 claim element 1[a], and '880 claim element 1[a]. |
| [b] dynamically construct an active path as a sequence of active links after an item of the information structure has been selected; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b],'301 claim element 1[b], and '880 claim element 1[b]. |
| [c] upon provisional selection of a given one of said active links, display one or more items on a given level of | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d] and '880 claim element 1[c]. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 1 | Disclosure |
| --- | --- |
| the information structure associated with said provisionally selected active link without affecting the active path; and | |
| [d] allow a user to access an item in the information structure by selecting the item from the one or more items displayed by one of the active links on the active path; | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim element 1[d]. |
| [e] wherein a function is associated with at least one of said active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 3

| '127 Patent Claim 3 | Disclosure |
| --- | --- |
| 3. The apparatus of claim 1, wherein the one or more active links allow the display of one or more items on a given level of the information structure when a pointer is rolled over one of the active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '517 claim element 1[d]. |

'127 Claim 4

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 4 | Disclosure |
|---|---|
| 4. The apparatus of claim 1, wherein the one or more active links allow the display of one or more items on a given level of the information structure when one of the active links is selected. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 4. |

'127 Claim 5

| '127 Patent Claim 5 | Disclosure |
|---|---|
| 5. The apparatus of claim 1, wherein the one or more active links allow the display of one or more items on a given level of the information structure when a visual icon associated with one of the active links is selected. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 5. |

'127 Claim 6

| '127 Patent Claim 6 | Disclosure |
|---|---|
| 6. The apparatus of claim 1, wherein the active links in the active path allow the display of one or more items on a given level of the information | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d]. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 6 | Disclosure |
|---|---|
| structure without changing the active path. | |

'127 Claim 7

| '127 Patent Claim 7 | Disclosure |
|---|---|
| 7. The apparatus of claim 1, wherein a user may directly access one or more active links in the active path by selecting the active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b]. |

'127 Claim 8

| '127 Patent Claim 8 | Disclosure |
|---|---|
| 8. The apparatus of claim 7, wherein the selection of an active link causes the active path to truncate to the selected active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 8. |

'127 Claim 9

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 9 | Disclosure |
|---|---|
| 9. The apparatus of claim 1 further configured to provide pre-defined shortcuts to enable access to a given item in the information structure, wherein selection of a pre-defined shortcut dynamically constructs an active path including one active link corresponding to each item necessary to navigate to the given item in the information structure. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 9. |

'127 Claim 10

| '127 Patent Claim 10 | Disclosure |
|---|---|
| 10. The apparatus of claim 1, wherein two functions are associated with at least one of said active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 11

| '127 Patent Claim 11 | Disclosure |
|---|---|
| 11. The apparatus of claim 10, wherein execution of said functions is | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 20. |

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 11 | Disclosure |
|---|---|
| initiated by selecting different portions of said at least one of active link. | |

'127 Claim 13

| '127 Patent Claim 13 | Disclosure |
|---|---|
| 13. The apparatus of claim 1, wherein at least two functions are associated with at least one of said active links. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 14-I

| '127 Patent Claim 14 | Disclosure |
|---|---|
| 14. A method for navigating an information structure, comprising: | To the extent the preamble is limiting, this element is satisfied by the disclosure set forth in connection with the discussion of '411 claim 1 preamble and '301 claim 1 preamble and '880 claim 1 preamble. |
| [a] providing a graphical menu interface displaying the items of a given level of the information structure and enabling selection thereof; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[a], '301 claim element 1[a], and '880 claim element 1[a]. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '127 Patent Claim 14 | Disclosure |
|---|---|
| [b] dynamically constructing an active path as a sequence of active links after an item of the information structure has been selected; | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b],'301 claim element 1[b], and '880 claim element 1[b]. |
| [c] upon provisional selection of a given one of said active links, displaying one or more items on a given level of the information structure associated with said provisionally selected active link without affecting the active path; and | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d] and '880 claim element 1[c]. |
| [d] allowing a user to access an item in the information structure by selecting the item from the one or more items displayed by one of the active links on the active path; | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim element 1[d]. |
| [e] wherein a function is associated with at least one of said active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 16

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 16 | Disclosure |
| --- | --- |
| 16. The method of claim 14, wherein the one or more active links allow the display of one or more items on a given level of the information structure when a pointer is rolled over one of the active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '517 claim element 1[d]. |

'127 Claim 17

| '127 Patent Claim 17 | Disclosure |
| --- | --- |
| 17. The method of claim 14, wherein the one or more active links allow the display of one or more items on a given level of the information structure when one of the active links is selected. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 4. |

'127 Claim 18

| '127 Patent Claim 18 | Disclosure |
| --- | --- |
| 18. The method of claim 14, wherein the one or more active links allow the display of one or more items on a given level of the information | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 5. |

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '127 Patent Claim 18 | Disclosure |
|---|---|
| structure when a visual icon associated with one of the active links is selected. | |

'127 Claim 19

| '127 Patent Claim 19 | Disclosure |
|---|---|
| 19. The method of claim 14, wherein the active links in the active path allow the display of one or more items on a given level of the information structure without changing the active path. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[d]. |

'127 Claim 20

| '127 Patent Claim 20 | Disclosure |
|---|---|
| 20. The method of claim 14, wherein a user may directly access one or more active links in the active path by selecting the active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '411 claim element 1[b]. |

'127 Claim 21

Chart A-4

## Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127

| '127 Patent Claim 21 | Disclosure |
|---|---|
| 21. The method of claim 20, wherein the selection of an active link causes the active path to truncate to the selected active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 8. |

'127 Claim 22

| '127 Patent Claim 22 | Disclosure |
|---|---|
| 22. The method of claim 14 further configured to provide pre-defined shortcuts to enable access to a given item in the information structure, wherein selection of a pre-defined shortcut dynamically constructs an active path including one active link corresponding to each item necessary to navigate to the given item in the information structure. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 9. |

'127 Claim 23

Chart A-4

**Preliminary Invalidity Contentions: Pat. Nos. 7,191,411; 7,216,301; 7,640,517; 7,725,836; 8,352,880; 10,037,127**

| '127 Patent Claim 23 | Disclosure |
|---|---|
| 23. The method of claim 14, wherein two functions are associated with at least one of said active links. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |

'127 Claim 24

| '127 Patent Claim 24 | Disclosure |
|---|---|
| 24. The method of claim 23, wherein execution of said functions is initiated by selecting different portions of said at least one of active link. | This element is satisfied by the disclosure set forth in connection with the discussion of '880 claim 20. |

'127 Claim 26

| '127 Patent Claim 26 | Disclosure |
|---|---|
| 26. The apparatus of claim 14, wherein at least two functions are associated with at least one of said active links. | This claim is satisfied by the disclosure set forth in connection with the discussion of '880 claim 19. |