IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CADDO SYSTEMS, INC. AND 511 TECHNOLOGIES, INC., | § § § | |
| Plaintiffs, | § | NO. 6:20-cv-245-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| MICROCHIP TECHNOLOGY INCORPORATED, | § § § | |
| Defendant. | § § | |
| CADDO SYSTEMS, INC. AND 511 TECHNOLOGIES, INC., | § § § | |
| Plaintiffs, | § § | NO. 6:20-cv-244-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| NXP USA, INC., | § § | |
| Defendant. | § § | |

**ORDER GRANTING MICROCHIP AND NXP'S
MOTION TO AMEND FINAL INVALIDITY CONTENTIONS**

Pending before the Court is Microchip Technology Inc. and NXP USA, Inc.'s (collectively "Defendants") Motion to Amend Final Invalidity Contentions. After considering the parties' arguments and the applicable law, the Court is of the opinion that the pending motion should be GRANTED. Accordingly, Defendants are granted leave to amend their Final Invalidity Contentions relating to Mr. Wroblewski's work.

SIGNED this _____ day of _____ 202___.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE