# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CADDO SYSTEMS, INC., 511 TECHNOLOGIES, INC. | § § § | CIVIL NO: WA:20-CV-00245-ADA |
| vs. | § § § | |
| MICROCHIP TECHNOLOGY INCORPORATED, MICROCHIP TECHNOLOGY INCORPORATED, 511 TECHNOLOGIES, INC., CADDO SYSTEMS, INC. | | |

## ORDER CANCELLING PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRETRIAL CONFERENCE** on **Friday, May 13, 2022 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 10th day of May, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE