**FILED**
June 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jennifer Clark___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CADDO SYSTEMS, INC., 511 TECHNOLOGIES, INC.

vs.

MICROCHIP TECHNOLOGY INCORPORATED, MICROCHIP TECHNOLOGY INCORPORATED, 511 TECHNOLOGIES, INC., CADDO SYSTEMS, INC.

§
§
§   NO: WA:20-CV-00245-ADA
§
§
§

JURY NOTE NUMBER __2__

We have reached a verdict

____6/10/22____
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

DATE and TIME