IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CADDO SYSTEMS, INC. and 511 TECHNOLOGIES, INC., *Plaintiffs* | § § § § § § § § § § | 6:20-CV-245-ADA |
| -vs- | | |
| MICROCHIP TECHNOLOGY INCORPORATED *Defendant,* | | |

## JUDGMENT

This action came before the Court for a trial by jury commencing on June 6, 2022, between Plaintiff Caddo Systems, Inc. ("Caddo") and 511 Technologies, Inc. ("Plaintiffs") and Defendant Microchip Technology Incorporated ("Microchip"). The issues have been tried and the jury rendered its unanimous verdict on June 10, 2022 (ECF No. 235). In accordance with the jury verdict, it is hereby **ORDERED** and **ADJUDGED** that:

1. Microchip has directly infringed claims 1 and 2 of U.S. Patent No. 7,191,411 ("the '411 patent").

2. Microchip has directly infringed claims 1, 2, and 3 of U.S. Patent No. 7,216,301 ("the '301 patent").

3. Microchip has directly infringed claims 1 and 4 of U.S. Patent No. 7,640,517 ("the '517 patent").

4. Microchip has directly infringed claims 1, 2, 5, and 8 of U.S. Patent No. 7,725,836 ("the '836 patent").

5. Microchip has directly infringed claims 1 and 8 of U.S. Patent No. 8,352,880 ("the '880 patent").

6. Microchip has directly infringed claims 14, 16, 17, and 18 of U.S. Patent No. 10,037,127 ("the '127 patent").

7. The Microchip Website is not covered by Caddo's license to Microsoft.

8. Judgment is hereby entered in favor of Plaintiffs and against Microchip in the lump sum of $235,000.00 in damages for Microchip's infringement of the asserted claims.

9. This FINAL Judgment starts the time for filing any post-trial motions or appeal.

This is a **FINAL JUDGMENT**.

SIGNED this 14th day of June, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE